JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN, | NO. ED CV 21-849-ODW(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| ROB BONTA, ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA, ET AL., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 9, 2021.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE